# EXHIBIT B

**U.S. Patent No. US 9,054,860 v. Apryse**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [26.P] A method of digital identification verification, comprising: | Apryse ("Company") performs and induces others to perform a method of digital identification verification. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Company provides the Apryse Digital Signatures SDK that verifies the integrity of a digitally signed document and prevents document tampering. Further, the SDK uses a tamper-evident seal to ensure that the signatory's identity and the digital signature are valid ("digital identification verification"). <br><br>  <br><br> Source: https://apryse.com/capabilities/digital-signature (annotated) |

**ENABLE DIGITAL SIGNATURES:**

Users can electronically sign PDF files, ensuring document authenticity and integrity with a tamper-evident seal and verifying the signer's identity.

Source: https://apryse.com/document-sdk-buying-guide

Digital signatures offer a level of security and efficiency that traditional signatures can only dream of. They provide a tamper-evident seal on electronic documents, ensuring the integrity of the content while also establishing the identity of the signer. As businesses and individuals alike embrace an increasingly all-digital landscape, the demand for standardized and interoperable digital signature solutions has skyrocketed.

Source: https://apryse.com/blog/digital-signature/secure-digital-signatures-with-pades-cades

Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

3

| | |
|---|---|
| [26.1] receiving at least one verification data element from an entity, | Company performs and induces others to perform the step of receiving at least one verification data element from an entity.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SDK requires the signatory to provide their digital signature ("at least one verification data element") over the document resulting in a digitally signed document.<br><br>**ENABLE DIGITAL SIGNATURES:**<br><br>Users can electronically sign PDF files, ensuring document authenticity and integrity with a tamper-evident seal and verifying the signer's identity.   receiving at least one verification data element from an entity<br><br>Source: https://apryse.com/document-sdk-buying-guide (annotated)<br><br>Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [26.2] creating at least one digital identification module corresponding to the entity, wherein the | Company performs and induces others to perform the step of creating at least one digital identification module corresponding to the entity, wherein the digital identification module includes at least one primary component at least partially associated with the entity.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the signatory digitally signs the document, the SDK generates a corresponding tamper-evident seal ("at least one digital identification module corresponding to the entity") that contains information about the signatory's identity ("at least one primary component at least partially associated with the entity") and the digital signature's validity. |

4

| | |
|---|---|
| digital identification module includes at least one primary component at least partially associated with the entity, and | Digital signatures offer a level of security and efficiency that traditional signatures can only dream of. They provide a tamper-evident seal on electronic documents, ensuring the integrity of the content while also establishing the identity of the signer. As businesses and individuals alike embrace an increasingly all-digital landscape, the demand for standardized and interoperable digital signature solutions has skyrocketed.<br><br>Source: https://apryse.com/blog/digital-signature/secure-digital-signatures-with-pades-cades (annotated)<br><br>The final version of the document now has a digitally trusted signature that can be verified to ensure the document has not been tampered with since being signed.<br><br> |

creating at least one digital identification module

wherein the digital identification module includes at least one primary component at least partially associated with the entity

| | |
|---|---|
| | Source: https://apryse.com/blog/java-sdk-for-pdf-digital-signature (annotated)<br><br>Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [26.3] embedding the at least one digital identification module within an electronic file, wherein | Company performs and induces others to perform the step of embedding the at least one digital identification module within an electronic file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after generating the corresponding tamper-evident seal ("digital identification module"), the SDK incorporates the tamper-evident seal into the document ("embedding the at least one digital identification module within an electronic file").<br><br>Digital signatures offer a level of security and efficiency that traditional signatures can only dream of. They provide a tamper-evident seal on electronic documents, ensuring the integrity of the content while also establishing the identity of the signer. As businesses and individuals alike embrace an increasingly all-digital landscape, the demand for standardized and interoperable digital signature solutions has skyrocketed.          embedding the at least one digital identification module within an electronic file<br><br>Source: https://apryse.com/blog/digital-signature/secure-digital-signatures-with-pades-cades (annotated) |

6

| | |
|---|---|
| | The final version of the document now has a digitally trusted signature that can be verified to ensure the document has not been tampered with since being signed. |
| |  |
| | Source: https://apryse.com/blog/java-sdk-for-pdf-digital-signature |
| | Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [26.4] said at least one digital | Company performs and induces others to perform the step of embedding, wherein said at least one digital identification module is cooperatively structured to be embedded within only a single electronic file. |

| identification module is cooperatively structured to be embedded within only a single electronic file. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the tamper-evident seal embedded in the digitally signed document ("electronic file") includes information about the signature's validity, such as the last verification time and result. This information is verified using PKI technology and hash comparison, ensuring that if any modification occurs, the computed hashes will not match, and the tamper-evident seal will update to indicate that the digital signature is no longer valid. Since the tamper-evident seal updates upon document modification, upon information and belief, the tamper-evident seal is cooperatively structured to be embedded within only a single digitally signed file. |

The final version of the document now has a digitally trusted signature that can be verified to ensure the document has not been tampered with since being signed.



Source: https://apryse.com/blog/java-sdk-for-pdf-digital-signature

Digital signatures offer a level of security and efficiency that traditional signatures can only dream of. They provide a tamper-evident seal on electronic documents, ensuring the integrity of the content while also establishing the identity of the signer. As businesses and individuals alike embrace an increasingly all-digital landscape, the demand for standardized and interoperable digital signature solutions has skyrocketed.

Source: https://apryse.com/blog/digital-signature/secure-digital-signatures-with-pades-cades



Source: https://apryse.com/capabilities/digital-signature

10

## Creating a PDF with a Digital Signature

To explain the technical details of how Digital Signatures can guarantee an untampered document after signing, the original unsigned PDF document is first put through a Hash Function to generate a Hash, which is a specific string of letters and numbers that are guaranteed to always be the same output so long as the input data (the PDF document) has not changed. Guaranteeing that the generated hash is always the same for a given input is critical to the Digital Signature process.



Figure 1. A PDF document being used as input into a Hash Function to produce a Hash output.

Source: https://apryse.com/blog/digital-signatures-guide

## Verifying a PDF with a Digital Signature

PDF software that can perform PDF Digital Signature Verification, such as Apryse's WebViewer SDK and Server SDK products, performs two separate steps to verify a Digital Signature.

The first step involves performing a similar operation that was demonstrated in Figure 1. The software verifying the Digital Signature first needs to extract the original document from the Digitally Signed Document.



Digitally Signed Data          Data

Figure 4. The original PDF document is extracted from the Digitally Signed Document.

Like the operation performed in Figure 1, the software then processes the original PDF data through the same Hash Function again.

Source: https://apryse.com/blog/digital-signatures-guide

A separate Hash is computed from the Digital Signature that was created in Figure 3. This is done by decrypting the Digital Signature using the Signer's Public Key that was attached in the PDF in Figure 3.



Figure 7. The Digital Signature is decrypted using the Public Key that is asymmetric to the Private Key used to originally generate the Digital Signature.

Source: https://apryse.com/blog/digital-signatures-guide

13

The two resulting hashes are then compared:



Figure 8. The two separately computed hashes, left representing the hash of the PDF document being processed through the Hash Function once again, right representing the decrypted hash using the Public Key attached in the PDF.

If they match, this guarantees that the document has not been modified since the time the Digital Signature was applied to the PDF document, and the PDF software would reflect this accordingly. If they do not match, then this would indicate that the PDF document is no longer verifiably the same document as the one that Digital Signature was applied to.

Any modifications made to a Digitally Signed PDF will result in the left hash in Figure 8 no longer being equal to the right hash in Figure 8. This means any attempts to change any aspect of a contract or agreement will be flagged by software that can perform Digital Signature Verification, and irrefutably inform readers that the Digitally Signed Document was changed in some way.

Source: https://apryse.com/blog/digital-signatures-guide

Further, to the extent this element is performed at least in part by Company's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2. List of References

1. https://apryse.com/capabilities/digital-signature, last accessed on 12 November, 2024.
2. https://apryse.com/document-sdk-buying-guide, last accessed on 12 November, 2024.
3. https://apryse.com/blog/digital-signature/secure-digital-signatures-with-pades-cades, last accessed on 12 November, 2024.
4. https://apryse.com/blog/java-sdk-for-pdf-digital-signature, last accessed on 12 November, 2024.
5. https://apryse.com/blog/digital-signatures-guide, last accessed on 12 November, 2024.