# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | |
| Plaintiff, | C.A. No. 1:24–cv-12956 |
| v. | **JURY TRIAL DEMANDED** |
| **APRYSE SOFTWARE INC.,** | |
| Defendant. | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Apryse Software Inc. ("Apryse") states that Apryse, a British Columbia corporation, is a privately-held company that is a direct subsidiary of Apryse Canada Holdings, Inc., having an ultimate parent company called Apryse Parent, LP. No publicly-held corporation owns 10% or more of its shares.

Dated: February 6, 2025                    Respectfully submitted,

                                                FISH & RICHARDSON P.C.

By: */s/ Philip K. Chen*
    Philip K. Chen (BBO #703289)
    **FISH & RICHARDSON P.C.**
    One Marina Park Drive
    Boston, MA 02210
    (617) 542-5070
    pchen@fr.com

    Neil J. McNabnay (*pro hac vice* forthcoming)
    mcnabnay@fr.com
    Texas Bar No. 24002583
    Ricardo J. Bonilla (*pro hac vice* forthcoming)
    Texas Bar No. 24082704
    rbonilla@fr.com
    Noel F. Chakkalakal (*pro hac vice* forthcoming)
    Texas Bar No. 24053676
    chakkalakal@fr.com
    Rodeen Talebi (*pro hac vice* forthcoming)
    Texas Bar No. 24103958
    talebi@fr.com
    Philip G. Brown (*pro hac vice* forthcoming)
    pgbrown@fr.com
    Texas Bar No. 24132695
    Brandon S. Avers (*pro hac vice* forthcoming)
    avers@fr.com
    Texas Bar No. 24135660
    **FISH & RICHARDSON P.C.**
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 (Telephone)

**ATTORNEYS FOR DEFENDANT
APRYSE SOFTWARE INC.**

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the above and foregoing document has been served on February 6, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                      */s/ Philip K. Chen*
                                      Philip K. Chen