IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **APRYSE SOFTWARE INC.,** <br><br> Defendant. | C.A. No. 1:24–cv-12956 <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(c)</u>**

Defendant moves for partial judgment on the pleadings under Federal Rule of Civil Procedure 12(c). As explained in the accompanying brief in support of this motion, Plaintiff asserts infringement of U.S. Patent No. 9,054,860, but it is invalid under 35 U.S.C. § 101. Because an invalid patent cannot be infringed, Plaintiff cannot as a matter of law meet its burden of proving infringement, and judgment on the pleadings of invalidity is proper.

Dated: February 19, 2025                    Respectfully submitted,

                                                    FISH & RICHARDSON P.C.

By: */s/ Philip K. Chen*
     Philip K. Chen (BBO #703289)
     FISH & RICHARDSON P.C.
     One Marina Park Drive
     Boston, MA 02210
     (617) 542-5070
     pchen@fr.com

     Neil J. McNabnay (pro hac vice forthcoming)
     mcnabnay@fr.com
     Texas Bar No. 24002583
     Ricardo J. Bonilla (pro hac vice forthcoming)
     Texas Bar No. 24082704
     rbonilla@fr.com
     Noel F. Chakkalakal (pro hac vice forthcoming)
     Texas Bar No. 24053676
     chakkalakal@fr.com
     Rodeen Talebi (pro hac vice forthcoming)
     Texas Bar No. 24103958
     talebi@fr.com
     Philip G. Brown (pro hac vice forthcoming)
     pgbrown@fr.com
     Texas Bar No. 24132695
     Brandon S. Avers (pro hac vice forthcoming)
     avers@fr.com
     Texas Bar No. 24135660
     FISH & RICHARDSON P.C.
     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 (Telephone)

**ATTORNEYS FOR DEFENDANT
APRYSE SOFTWARE INC.**

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)**

I certify that the parties met and conferred on February 18, 2025 and attempted in good faith to resolve or narrow the issue but could not reach an agreement.

*/s/ Philip K. Chen*
Philip K. Chen

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on February 19, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Philip K. Chen*
Philip K. Chen